### PEOPLE *v.* AMERICAN BELL TEL. CO.

*(Supreme Court, General Term, First Department. May 24, 1889.)*

For hearing on agreed statement, see 3 N. Y. Supp. 733.
Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
No opinion. Motion granted.

---

### PERROW *v.* LINDSAY.

*(Supreme Court, General Term, First Department. May 24, 1889.)*

For hearing on appeal, see 4 N. Y. Supp. 795.
Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
No opinion. Order amended as directed in memorandum.

---

### RESTCHOFF *v.* HECKMAN.

*(Supreme Court, General Term, First Department. May 24, 1889.)*

Action by Franz Restchoff against Charles P. Heckman.
Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
No opinion. Motion denied.

---

### REYNOLDS *v.* RODDING.

*(Supreme Court, General Term, First Department. May 24, 1889.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
No opinion. Motion denied.

---

### *In re* SMITH.

*(Supreme Court, General Term, First Department. May 24, 1889.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
No opinion. Motion denied, upon payment of $10 costs by appellant, and stipulation to argue at the next term.

---

### WAUGH *v.* BAILEY.

*(Supreme Court, General Term, First Department. May 24, 1889.)*

For hearing on appeal, see 4 N. Y. Supp. 817.
Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
No opinion. Motion granted, upon appellant giving undertaking in $5,900.

---

### *In re* WIDENING FIFTH AVE.

*(Supreme Court, General Term, First Department. May 24, 1889.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
No opinion. Motion granted.